UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DASHONE MARCEL REYNOLDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1614** |
| **DISTRICT ATTORNEY OFFICE, JASON WILLIAMS** | **SECTION "E"(2)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Dashone Marcel Reynolds' 42 U.S.C. § 1983 claims against defendants Orleans Parish District Attorney's Office and Orleans Parish District Attorney Jason Williams are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

**New Orleans, Louisiana, this 23rd day of February, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**